**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN LAMONT WILLIAMS, | **Case No. CV 15-03145 JLS (RAO)** |
| Petitioner, | |
| v. | **JUDGMENT** |
| KIM HOLLAND, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  July 6, 2016

_____

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE